DELAINE BROWN, Respondent, v ARTHUR BROWN, Appellant.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered November 9, 1989, which, *inter alia,* denied defendant's motion to extend defendant's time to tender the purchase price and direct the sale of certain premises, unanimously affirmed, with costs.

The IAS court was without authority to grant the relief requested by appellant, which was previously denied by an order of this court. *(Maracina v Schirrmeister,* 152 AD2d 502.) Concur—Carro, J. P., Ellerin, Ross, Asch and Kassal, JJ.